NOT FOR PUBLICATION                                                                    (Doc. Nos. 15, 17)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JOSEPH WELSH | : | |
| Plaintiff, | : | Civil No. 12-7593 (RBK/AMD) |
| v. | : | **ORDER** |
| MCCOLLISTER'S TRANSPORTATION GROUP, INC. and PETER BERGIN, jointly and severally, | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on Plaintiff Joseph Welsh's motion for leave to file an amended complaint, as well as Defendants McCollister's Transportation Group, Inc. and Peter Bergin's cross-motion to dismiss Plaintiff's Complaint, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to amend is **DENIED WITHOUT PREJUDICE**, and Defendants' cross-motion to dismiss is **DISMISSED AS MOOT**.

Dated:  2/20/2014                                               /s/ Robert B. Kugler
                                                                                ROBERT B. KUGLER
                                                                                United States District Judge